# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2263

_____

31556 BLUE STAR LLC, and ACE
SALVAGE, INC.,

Appellants,

v.

RUBEN GOMEZ, and FIRST STOP
AUTO SALES LLC,

Appellees.

_____

On appeal from the Circuit Court for Gadsden County.
David Michael Frank, Judge.

February 2, 2026

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David K. Markarian and David Rogers Glickman of Jeck, Harris, Raynor & Jones, P.A., Juno Beach, for Appellants.

James McClung DuRant, Jr. of Berger Singerman, Tallahassee, for Appellee Ruben Gomez.